

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,425-01

### EX PARTE ROCKY COOPER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2017-413,656-A IN THE 364TH DISTRICT COURT
### FROM LUBBOCK COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The record does not contain the judgment for the predicate offense of attempted sexual assault, allegedly attached to the writ application as Exhibit C. The writ record received by this Court contains none of the exhibits

referred to in Applicant's memorandum.

The district clerk shall either forward to this Court Writ Exhibit C, the judgment of conviction for attempted sexual assault from January 21, 2010, or certify in writing that this document is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: September 16, 2020
Do not publish